UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                                    :

TRUSTEES OF THE DRYWALL TAPERS AND
POINTERS LOCAL UNION 1974 BENEFIT FUNDS *et al.*,

                              Plaintiffs,

     -v-

TIGER CONTRACTING CORP.,

                              Defendant.
------------------------------------------------------------------------X

21 Civ. 5248 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

      The default judgment conference previously scheduled for September 30, 2021 is adjourned until November 3, 2021 at 1:30 p.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.  Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

      In the event that Defendant does not appear, Plaintiffs' counsel should be prepared to discuss any communications with Defendant or representatives for Defendant regarding this litigation and any intent to challenge the suit, including discussions about the alleged illegal conduct prior to the filing of the lawsuit; how Defendant was served with the Summons and Complaint and this Order; why Plaintiffs' counsel is confident that Defendant has been served with those documents and has notice of the hearing; and the method for calculating damages.  In the event that Defendant appears in this case and opposes the motion for default judgment prior to the scheduled court appearance on November 3, 2021, that court appearance shall also serve as an Initial Case Management Conference pursuant to 5.B of the Court's Individual Rules and Practices in Civil Cases.

It is further ORDERED that Plaintiffs serve Defendant via overnight courier with a copy of this Order within one week of the date of this Order.  Within two business days of service, Plaintiffs must file proof of such service on the docket.

SO ORDERED.

Dated: October 20, 2021
       New York, New York

                                                      JOHN P. CRONAN
                                           United States District Judge