UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------------------------------------------
TRUSTEES OF THE DRYWALL TAPERS AND POINTERS )
LOCAL UNION NO. 1974 BENEFIT FUNDS and THE  )
DISTRICT COUNCIL NO. 9, DRYWALL TAPERS AND  )
POINTERS OF GREATER NEW YORK LOCAL UNION    )
1974, AFFILIATED WITH INTERNATIONAL UNION OF )
PAINTERS AND ALLIED TRADES, AFL-CIO,        )
                                            ) Index No.: 21-CIV-05248(JPC)
              Plaintiffs,                   )
                                            )
                                            )
                                            ) DEFAULT JUDGMENT
                                            )
     -against-                              )
                                            )
TIGER CONTRACTING CORP. A/K/A,              )
TIGER CONTRACTING CORPORATION,              )
                                            )
              Defendant.                    )
-------------------------------------------------------------------------------------------------------------------

This action having been commenced on June 14, 2021 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Tiger Contracting Corp. a/k/a Tiger Contracting Corporation, on June 18, 2021 via New York's Secretary of State and said Proof of Service having been filed with the Clerk of the Court on June 22, 2021 and the Defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against Defendant in the liquidated amount of $2,977.00, which includes the following: attorneys' fees in the sum of $2,500.00, court costs and disbursements of this action in the sum of $477.00.

ORDERED, that the Defendant permit and cooperate in the conduct of an audit of all of its books and records including, but not limited to, all payroll journals, business income tax returns, general ledger

and journal, books of original entry, subsidiary ledgers, payroll records, bank statements, and cancelled checks, W-2 and W-3 forms, 940, 941, WT4-A and WT4-B forms, 1099 forms, New York State employment report, insurance reports, disability insurance reports, Workers Compensation report forms and remittance reports for the period of April 1, 2019 through present.

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated:  New York, New York
        December 1 , 2021

So Ordered:

_____
Honorable John P. Cronan, U.S.D.J.

.